```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

TELE-CONS,INC. et al

                                        CIVIL ACTION
                                        NO.04-11497-WGY

    V

GENERAL ELECTRIC COMPANY

<u>ORDER OF RECUSAL</u>

YOUNG, C.J.

The presiding judge recuses himself on the ground that he is a shareholder in one of the corporate parties to this litigation.

                            WILLIAM G. YOUNG
                            UNITED STATES DISTRICT JUDGE

                            By the Court,

                            /s/ Elizabeth Smith
                            _____
                                  Deputy Clerk