O AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of  Massachusetts

TELE-CONS, INC. and
MICHAEL MOISIN

**SUMMONS IN A CIVIL CASE**

V.

GENERAL ELECTRIC COMPANY, and
THE HOME DEPOT, INC.

CASE NUMBER:

04-11497 WGY

TO: (Name and address of Defendant)

The Home Depot, Inc.
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFíS ATTORNEY (name and address)

Paul D. Durkee, Esq.
Daly, Crowley & Mofford LLP
275 Turnpike Street, Suite 101
Canton, MA 02021
(781) 401-9988

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  7-1-04

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons an complaint was made by me [1] | DATE<br>July 6, 2004 at 1:50 p.m. |
| NAME OF SERVER *(PRINT)*<br>William Golt | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the third-party defendant. Place where served: _____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint where left: _____

☐     Return unexecuted: _____

☒     Other (specify): Service on The Home Depot, Inc., was effectuated by personally serving Gregory Borgese of The Corporation Trust Company, Registered Agent, at 1209 Orange St., Wilmington, DE 19801.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$57.50 | TOTAL<br>$57.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 7, 2004
             *Date*

*Signature of Server*
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207

*Address of Server*
Wilmington, DE 19806  (302) 429-0657

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.