O AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

TELE-CONS, INC. and
MICHAEL MOISIN

**SUMMONS IN A CIVIL CASE**

V.

GENERAL ELECTRIC COMPANY, and
THE HOME DEPOT INC.

CASE NUMBER:

**04-11497 WGY**

TO: (Name and address of Defendant)

General Electric Company
c/o Registered Agent
C T CORPORATION SYSTEM
ONE COMMERCIAL PLAZA
Hartford, CT 06103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFiS ATTORNEY (name and address)

Paul D. Durkee, Esq.
Daly, Crowley & Mofford LLP
275 Turnpike Street, Suite 101
Canton, MA 02021
(781) 401-9988

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   7-1-04

| | |
|---|---|
| **TELE-CONS, INC. AND MICHAEL MOISIN**<br>Plaintiff(s), Petitioner(s)<br><br>against<br><br>**GENERAL ELECTRIC COMPANY AND THE HOME DEPOT INC.**<br>Defendant(s), Respondent(s) | CLIENT: Chris Walton, Esquire<br><br>INDEX NO.: 04-11497WGY<br><br>DATE OF FILING: 7/1/2004<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Rich Zechiel being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

Furthermore, that on **July 7, 2004 at 12:50 PM at c/o CT Corporation, One Commercial Plaza, Hartford, CT**, deponent served the **Examination of Judgement Debtor and Notice of Hearing In a Civil Case; Complaint; (Jury Trial Demanded)** upon **General Electric Company**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Examination of Judgement Debtor and Notice of Hearing In a Civil Case; Complaint; (Jury Trial Demanded)** with **Mary Foran** a person who is known to be the **Information Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Examination of Judgement Debtor and Notice of Hearing In a Civil Case; Complaint; (Jury Trial Demanded)**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Rich Zechiel, Private Process Server

Sworn to before me on July 7, 2004

_____
Notary Public
My Commission Expires: 08/31/2004

[Notary Seal: KEITH D. NIZIANKIEWICZ, NOTARY PUBLIC, CONNECTICUT]