IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>                  *Plaintiffs*,<br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.<br><br>                  *Defendants*. | )<br>)<br>)<br>)<br>)   Civ. A. No. 04-11497 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' TELE-CONS, INC. AND MICHAEL MOISIN ASSENTED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT HOME DEPOT, INC. TO ANSWER THE COMPLAINT

Plaintiffs Tele-Cons, Inc. and Michael Moisin ("Plaintiffs") hereby move for an enlargement of time up to and including August 20, 2004 for Defendant Home Depot, Inc. ("Home Depot") to answer the Complaint. Home Depot has not yet retained counsel and counsel needs sufficient time to assess the facts of the case before preparing an Answer. Accordingly, should the Court grant this motion, Home Depot's Answer would be due on August 20, 2004.

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiffs certifies that the parties have conferred regarding this motion and that Home Depot has assented to this motion.

1

Respectfully submitted,

August 9, 2004

TELE-CONS, INC. and
MICHAEL MOISIN

By: /s/ Paul Durkee

Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-2310
(781) 401-9988 (telephone)
(781) 401-9966 (facsimile)

Raymond M. Galasso, Esq.* (Texas State Bar No. 24026663)
Christopher S. Walton, Esq.* (CA State Bar No. 193611)
SIMON, GALASSO & FRANTZ PLC
115 Wild Basin Road, Suite 107
Austin, TX 78746
(512) 306-8533 (telephone)
(512) 306-8559 (facsimile)

*Attorneys for Plaintiffs*

* Not yet admitted