```
                                    FILED
                              IN CLERK'S OFFICE

         UNITED STATES DISTRICT COURT 2004 SEP 23  A 11: 32
           FOR THE DISTRICT OF MASSACHUSETTS
                                         U.S. DISTRICT COURT
                                          DISTRICT OF MASS.
```

|  |  |
|---|---|
| TELE-CONS, INC. and <br> MICHAEL MOISIN ) ) ) ) | |
| *Plaintiffs*, ) | Civ. A. No. 04-11497 RCL |
| v. ) ) | |
| GENERAL ELECTRIC COMPANY, and ) <br> THE HOME DEPOT, INC. ) ) | |
| *Defendants*. ) ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*
## FOR PLAINTIFFS' TELE-CONS, INC. AND MICHAEL MOISIN

The undersigned, Paul D. Durkee, local counsel for Plaintiffs Tele-Cons, Inc. and Michael Moisin ("Plaintiffs") and a member of the bar of this Court, moved pursuant to Local Rule 83.5.3 for the admission of Raymond M. Galasso and Christopher S. Walton, attorneys in the firm of Simon, Galasso & Frantz, 115 Wild Basin Road, Suite 107, Austin, Texas 78746 as counsel for Plaintiffs *pro hac vice*.

As stated in the accompanying Declarations (attached hereto as Exhibits A and B), Raymond M. Galasso is a member of the bars of Michigan and Texas and Christopher S. Walton is a member of the bar of California. They are in good standing in every jurisdiction in which they have been admitted to practice, have no disciplinary proceedings pending against them, and are familiar with the Local Rules of this Court.

Paul D. Durkee, a member in good standing of the bar of this Court, has entered an appearance in this action and will act as co-counsel for Plaintiffs Tele-cons, Inc. and Michael Moisin.

WHEREFORE, it is respectfully requested that Raymond M. Galasso and Christopher S. Walton be admitted to the bar of this Court *pro hac vice*.

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiffs certifies that the parties have conferred regarding this motion and have assented to this motion.

Respectfully submitted,

September 23, 2004   TELE-CONS, INC. and
MICHAEL MOISIN

By: /s/ Paul Durkee

Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-2310
(781) 401-9988 (telephone)
(781) 401-9966 (facsimile)