UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>           *Plaintiffs,*<br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.<br><br>           *Defendants.* | Civ. A. No. 04-11497 RCL |

### DECLARATION OF RAYMOND M. GALASSO

I, Raymond M. Galasso, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the bars of Michigan and Texas, and I am admitted to practice as well before the United States District Courts for the Eastern District of Michigan and the Western District of Texas.

2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

3. I am familiar with Local Rules for the United States District Court for the District of Massachusetts.

                      Respectfully submitted,

September 21, 2004    By: _____

                      Raymond M. Galasso (Texas State Bar No. 24026663)
                      SIMON, GALASSO & FRANTZ PLC
                      115 Wild Basin Road, Suite 107
                      Austin, TX 78746
                      (512) 306-8533 (telephone)
                      (512) 306-8559 (facsimile)