## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **TELE-CONS, INC. and**<br>**MICHAEL MOISIN** | ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civ. A. No. 04-11497 RCL |
| *v.* | ) ) | |
| **GENERAL ELECTRIC COMPANY, and**<br>**THE HOME DEPOT, INC.** | ) ) ) | |
| *Defendants.* | ) ) ) | |

## DECLARATION OF CHRISTOPHER S. WALTON

I, Christopher S. Walton, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the bar of California, and I am admitted to practice as well before the United States District Courts for the Eastern District of Michigan and the Western District of Texas.

2.      There are no disciplinary proceedings pending against me in any court or jurisdiction.

3.      I am familiar with Local Rules for the United States District Court for the District of Massachusetts.

Respectfully submitted,

September 21, 2004

By: _____

Christopher S. Walton (CA State Bar No. 193611)
SIMON, GALASSO & FRANTZ PLC
115 Wild Basin Road, Suite 107
Austin, TX 78746
(512) 306-8533 (telephone)
(512) 306-8559 (facsimile)