```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**TELE-CONS, INC. ET AL**

V.                                         CIVIL ACTION NO. 04-11497-RCL

**GENERAL ELECTRIC CO., ET AL**

### NOTICE OF DEFAULT

For failure of the defendants, **General Electric Company and The Home Depot** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this 15th day of November, 2004.

```
                              TONY ANASTAS, CLERK


                              By:/s/ Lisa M. Hourihan
November 15, 2004                      Deputy Clerk
```