UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>  Plaintiffs<br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11497-RCL<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION OF THE HOME DEPOT, INC.
## TO SET ASIDE DEFAULT

Defendant The Home Depot, Inc. ("Home Depot") requests that the Court set aside the default entered on November 15, 2004 against it. As grounds for its motion, Home Depot states:

1. Counsel for plaintiffs and Home Depot had been discussing whether Home Depot should file its answer only after plaintiffs amend their complaint to correct a party misnomer: Home Depot is not a seller of products, including the product that is the subject of the complaint.

2. Rather than await conclusion of such discussions, Home Depot files its answer herewith. Plaintiffs will soon correct the misnomer and Home Depot assents to such correction.

3. The plaintiffs assent to this motion.

WHEREFORE, Home Depot requests that the default entered against it be set aside.

Dated: November 18, 2004

HOME DEPOT USA, INC.
By its attorneys,

_____
Lee Carl Bromberg BBO# 058480
Joel R. Leeman BBO# 292070
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292

ASSENTED TO:

TELE-CONS, INC. and
MICHAEL MOISIN
By their attorneys,

_____
Raymond M. Galasso (admitted pro hac)
Christopher S. Walton (admitted pro hac)
Simon, Galasso & Frantz PLC
115 Wild Basin Road, Suite 107
Austin, TX 78746
(512) 306-8533

### CERTIFICATE OF SERVICE

I certify that I served this document on the above date upon the parties who have appeared to date by mailing a copy to the attorneys of record for plaintiff, Paul D. Durkee, Esq., Daly Crowley & Mofford LLP, 275 Turnpike Street, Suite 101, Canton, MA, 02021-2310; and Christopher S. Walton, Esq., Simon Galasso & Frantz PLC, 115 Wild Basin Road, Suite 107, Austin, TX, 78746.

_____
Joel R. Leeman

2924/501 346642