SCANNED
DATE: 12/15/04
BY: ____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN | )<br>)<br>)<br>) |  |
| Plaintiffs, | ) | Civ. A. No. 04-11497 RCL |
| v. | )<br>) |  |
| GENERAL ELECTRIC COMPANY,<br>and<br>THE HOME DEPOT, INC. | )<br>)<br>)<br>) |  |
| Defendants. | )<br>) |  |

### PLAINTIFFS' TELE-CONS, INC. AND MICHAEL MOISIN'S ANSWER TO DEFENDANT HOME DEPOT, INC.'S COUNTERCLAIMS

Plaintiffs and Counter-Defendants Tele-Cons, Inc. and Michael Moisin ("Plaintiffs") hereby file and serve their Answer to Defendant Home Depot, Inc.'s ("Home Depot") Counterclaims ("Counterclaims") filed November 24, 2004, and state as follows:

Plaintiffs admit the allegations of Paragraphs 1-12 of Home Depot's Answer and Affirmative Defenses say what they say.

### COUNTERCLAIMS

1. Plaintiffs admit the allegations of Paragraph 1 of Home Depot's Counterclaims.

2. Plaintiffs admit the allegations of Paragraph 2 of Home Depot's Counterclaims.

3. Plaintiffs deny the allegations of Paragraph 3 of Home Depot's Counterclaims.

4. Plaintiffs deny the allegations of Paragraph 4 of Home Depot's Counterclaims.

5. Plaintiffs deny the allegations of Paragraph 5 of Home Depot's Counterclaims.

PLAINTIFFS deny each and every allegation contained in the Counterclaims that is not expressly admitted herein. PLAINTIFFS deny that Home Depot is entitled to any monetary, injunctive or other relief.

WHEREFORE, PLAINTIFFS pray:

1. That this Court enter judgment for Plaintiffs on each of Home Depot's Counterclaims;

2. That this Court dismiss with prejudice Home Depot's Counterclaims;

3. That this Court enter judgment declaring that Home Depot infringes Plaintiffs' United States Patent No. 5,821,699 ("'699 Patent");

4. That this Court enter judgment declaring the '699 Patent is valid and enforceable;

5. That this Court grant Plaintiffs their attorney's fees and costs;

6. That this Court grant Plaintiffs all relief as requested in their Complaint, which request for relief is incorporated by reference; and

7. That this Court grant all other and further relief to Plaintiffs as the Court deems just and equitable.

December 13, 2004                    Respectfully submitted,

                                     TELE-CONS, INC. and
                                     MICHAEL MOISIN

                                     By: /s/ [signature]
                                     Paul D. Durkee, Esq. (BBO # 629356)
                                     DALY, CROWLEY & MOFFORD LLP
                                     275 Turnpike Street, Suite 101
                                     Canton, MA 02021-2310
                                     (781) 401-9988 (telephone)
                                     (781) 401-9966 (facsimile)

                                     Raymond M. Galasso, Esq.* (Texas State Bar No. 24026663)
                                     Christopher S. Walton, Esq.* (CA State Bar No. 193611)
                                     SIMON, GALASSO & FRANTZ PLC
                                     115 Wild Basin Road, Suite 107
                                     Austin, TX 78746
                                     (512) 306-8533 (telephone)
                                     (512) 306-8559 (facsimile)

                                     *Attorneys for Plaintiffs*

                                     * Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Martha Rocha, hereby certify that copies of the foregoing were caused to be served on the 13th day of December, 2004 upon the following in the manner indicated:

**UNITED STATES MAIL POSTAGE PREPAID**

Lee Carl Bromberg
Joel R. Leeman
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110

*/s/ Martha Rocha*
Martha Rocha