UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **TELE-CONS, INC. and MICHAEL MOISIN**, <br> *Plaintiffs,* <br> v. <br> **GENERAL ELECTRIC COMPANY, and THE HOME DEPOT, INC.** <br> *Defendants.* | Civ. A. No. 04-11497-RCL <br><br> Hon. Reginald C. Lindsey |

**PLAINTIFFS TELE-CONS, INC.'S AND MICHAEL MOISIN'S UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE REGINALD C. LINDSEY:

Plaintiffs Tele-Cons, Inc. and Michael Moisin (collectively "Tele-Cons") files this Unopposed Motion for Continuance of the Case Management Conference and, in support thereof, shows the following:

1. On December 22, 2004, the Clerk of the Court issued a Notice to the parties of the Scheduling Conference and Additional Matters to be held on February 2, 2005 at 2:30 PM in Courtroom #11, 5th Floor, 1 Courthouse Way, Boston, Massachusetts.

2. Tele-Cons' lead counsel in this case, Raymond M. Galasso and Christopher S. Walton, have scheduling conflicts in the month of February 2005.

3. Due to Tele-Cons' lead counsel's scheduling conflicts, Tele-Cons respectfully requests a continuance of the date for the Case Management Conference to a date convenient for the Court after February 2005. Tele-Cons' lead counsel and

Defendant Home Depot's lead counsel are both available on March 2, 2005 or March 9, 2005.

    4.    This continuance is not sought for the purposes of delay but, rather, for the express reasons set forth above.

    5.    Counsel for Defendant Home Depot, Inc. does not oppose and has consented to this continuance of dates.

## REQUEST FOR RELIEF

Plaintiffs Tele-Cons, Inc. and Michael Moisin respectfully request the Court continue the date for the Case Management Conference in this case from February 2, 2005 until a date convenient for the Court after February 2005..

December 29, 2004        Respectfully submitted,

**TELE-CONS, INC. and MICHAEL MOISIN**

By: /s/ Christopher S. Walton
Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-2310
(781) 401-9988 (telephone)
(781) 401-9966 (facsimile)

Raymond M. Galasso, Esq.* (Texas State Bar No. 24026663)
Christopher S. Walton, Esq.* (CA State Bar No. 193611)
SIMON, GALASSO & FRANTZ PLC
115 Wild Basin Road, Suite 107
Austin, TX 78746
(512) 306-8533 (telephone)
(512) 306-8559 (facsimile)

*Attorneys for Plaintiffs*

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Martha Rocha, hereby certify that copies of the foregoing were caused to be served on the 29th day of December, 2004 upon the following in the manner indicated:

**UNITED STATES MAIL POSTAGE PREPAID**

Joel R. Leeman, Esq.
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110

/s/ Martha Rocha
Martha Rocha