


**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TELE-CONS, INC. and MICHAEL MOISIN**

*Plaintiffs,*

*v.*

**GENERAL ELECTRIC COMPANY, and THE HOME DEPOT, INC.**

*Defendants.*

Civ. A. No. 04-11497 RCL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY**

Plaintiffs Tele-Cons, Inc. and Michael Moisin (together "Tele-Cons") having filed its Complaint against defendant General Electric Company ("defendant") for infringement of U.S. Patent No. 5,821,699 ("the '699 patent"); Tele-Cons and defendant having compromised and settled their claims and differences and Tele-Cons and defendant having consented to the entry of this Stipulation of Dismissal;

NOW THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED:

1.The Court has jurisdiction over the parties and over the subject matter of this action. This is a civil action for patent infringement, which arises under the patent laws of the United States, 35 U.S.C. § 271 et seq.

14



2. Tele-Cons is the owner of the entire right, title and interest in and to the '699 patent and has the right to sue to obtain relief for infringements thereof.

3. Tele-Cons and defendant have entered into a Settlement Agreement, dated September 7, 2004. The Court makes no monetary award because the parties have resolved that issue between themselves. Each party shall bear its own costs.

4. Except as otherwise stated in this Stipulation of Dismissal, all claims and causes of action in connection with Tele-Cons' Complaint are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41.

This Stipulation of Dismissal is and shall be binding upon the parties hereto and upon their successors and assigns.

IT IS SO ORDERED THIS 20th day of January, ~~2004~~ 2005.

United States District Court Judge

The foregoing Consent Judgment is hereby consented to by the parties bound thereby.

The undersigned attorneys of record approve this Consent Judgment.

December 16, 2004

Respectfully submitted,

**TELE-CONS, INC. and MICHAEL MOISIN**

By: ______________________

Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-2310
(781) 401-9988 (telephone)
(781) 401-9966 (facsimile)

Raymond M. Galasso, Esq.* (Texas State Bar No. 24026663)
Christopher S. Walton, Esq.* (CA State Bar No. 193611)
SIMON, GALASSO & FRANTZ PLC
115 Wild Basin Road, Suite 107
Austin, TX 78746
(512) 306-8533 (telephone)
(512) 306-8559 (facsimile)

*Attorneys for Plaintiffs*

* Admitted *Pro Hac Vice*