UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and <br> MICHAEL MOISIN <br><br> *Plaintiffs,* <br> v. <br><br> GENERAL ELECTRIC COMPANY, and <br> THE HOME DEPOT, INC. <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. A. No. 04-11497-RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' ASSENTED-TO MOTION FOR CONTINUANCE OF MARCH 2 CASE MANAGEMENT CONFERENCE

Plaintiffs Tele-Cons, Inc. and Michael Moisin (collectively "Tele-Cons") files this assented-to motion for continuance of the case management conference and, in support thereof, shows the following:

1. On January 12, 2005, the Clerk issued a notice of the resetting of the Scheduling Conference and Additional Matters for March 2, 2005.

2. Due to unanticipated office facilities issues and scheduling issues, attendance in person by Tele-Cons' lead counsel in this case, Raymond M. Galasso and Christopher S. Walton, has become extremely difficult.

3. Due to lead counsel's inability to attend the scheduled Case Management Conference in person, Tele-Cons respectfully requests a continuance of the date for the conference to a date convenient for the Court after March 2005. Tele-Cons' lead counsel and Defendant Home Depot's lead counsel are both available any of the following dates: April 3, 4, 5, 6, 7, 14 or 15, or the week of May 2, 2005.

4.  This continuance is not sought for the purposes of delay but, rather, for the express reasons set forth above.

5.  Counsel for Defendant Home Depot, Inc. does not oppose and has assented to this continuance.

## REQUEST FOR RELIEF

Plaintiffs, Tele-Cons, Inc. and Michael Moisin, respectfully request that the Court continue the date for the Case Management Conference in this case from March 2, 2005 until any of the dates specified in paragraph 3.

February 28, 2005                Respectfully submitted,

TELE-CONS, INC. and MICHAEL MOISIN

By: /s/ Christopher S. Walton
Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-2310
(781) 401-9988 (telephone)
(781) 401-9966 (facsimile)

Raymond M. Galasso, Esq.* (Texas State Bar No. 24026663)
Christopher S. Walton, Esq.* (CA State Bar No. 193611)
SIMON, GALASSO & FRANTZ PLC
115 Wild Basin Road, Suite 107
Austin, TX 78746
(512) 306-8533 (telephone)
(512) 306-8559 (facsimile)
*Attorneys for Plaintiffs*

ASSENTED TO:

By: /s/ Joel R. Leeman
Joel R. Leeman, (BBO #292070)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004
jleeman@bromsun.com

* Admitted *Pro Hac Vice*                                2