UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>*Plaintiffs,*<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.<br><br>*Defendants.* | )<br>) Civ. A. No. 04-11497-RCL<br>)<br>) Hon. Reginald C. Lindsey<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF CHANGE OF ADDRESS OF COUNSEL

FOR TELE-CONS, INC. AND MICHAEL MOISIN

Attorneys for Plaintiffs Tele-Cons, Inc. and Michael Mosin hereby serve Notice of Change of Address as follows:

RAYMOND M. GALASSO
CHRISTOPHER S. WALTON
SIMON, GALASSO & FRANTZ, PLC
6300 Bridgepoint Parkway, Suite 410 A
Austin, Texas 78730
cwalton@sgfattorneys.com
Telephone: (512) 231-1311
Facsimile:  (512) 231-1411

March 2, 2005                    Respectfully submitted,

                                 TELE-CONS, INC. and MICHAEL MOISIN


                                 By:  /s/ Christopher S. Walton
                                 Paul D. Durkee, Esq. (BBO # 629356)
                                 DALY, CROWLEY & MOFFORD LLP
                                 275 Turnpike Street, Suite 101
                                 Canton, MA 02021-2310
                                 (781) 401-9988 (telephone)
                                 (781) 401-9966 (facsimile)

Raymond M. Galasso, Esq.* (Texas State Bar No. 24026663)
Christopher S. Walton, Esq.* (CA State Bar No. 193611)
SIMON, GALASSO & FRANTZ PLC
6300 Bridgepoint Parkway, Suite 410 A
Austin, Texas 78730
(512) 231-1311 (telephone)
(512) 231-1411 (facsimile)

*Attorneys for Plaintiffs*

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Christopher S. Walton, hereby certify that copies of the foregoing were caused to be served on the 2nd day of March, 2005 upon the following in the manner indicated:

**UNITED STATES MAIL POSTAGE PREPAID**

Joel R. Leeman, Esq.
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110

/s/ Christopher S. Walton
Christopher S. Walton