UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and <br> MICHAEL MOISIN <br><br> Plaintiffs <br> v. <br><br> GENERAL ELECTRIC COMPANY, and <br> THE HOME DEPOT, INC. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-11497-RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT HOME DEPOT'S ASSENTED-TO MOTION FOR CONTINUANCE OF APRIL 14 CASE MANAGEMENT CONFERENCE**

Defendant The Home Depot, Inc. ("Home Depot") files this assented-to motion for continuance of the case management conference and in support thereof shows the following:

1. On February 28, 2005, the Clerk issued a notice of the resetting of the Scheduling Conference and Additional Matters for April 14, 2005.

2. Due to obligations resulting from a scheduling order in another case, attendance by Home Depot's counsel in this case, Joel R. Leeman, has become extremely difficult.

3. Home Depot respectfully requests a continuance of the date for the conference to a date convenient for the Court after April 2005. Plaintiffs' counsel and Home Depot's counsel are both available any of the following dates: June 15, 22 or 29.

4.      This continuance is not sought for the purpose of delay but, rather, for the express reasons set forth above.

5.      Counsel for plaintiffs do not oppose and has assented to this continuance.

**REQUEST FOR RELIEF**

Home Depot respectfully requests that the Court continue the date for the Case Management Conference from April 14, 2005 until any of the dates specified in paragraph 3.

Dated: March 31, 2005

HOME DEPOT USA, INC.
By its attorneys,

| | |
|---|---|
| By: /s/ Joel R. Leeman<br>Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA  02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com | ASSENTED TO:<br><br>TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>By:  /s/ Christopher S. Walton<br>Paul D. Durkee, Esq. (BBO # 629356)<br>DALY, CROWLEY & MOFFORD LLP<br>275 Turnpike Street, Suite 101<br>Canton, MA 02021-23110<br>Tel: (781) 401-9988<br>Fax: (781) 401-9966<br><br>Raymond M. Galasso * (Texas State Bar 42026663)<br>Christopher S. Walton *(CA State Bar No. 193611)<br>Simon, Galasso & Frantz PLC<br>6300 Bridgepoint Parkway, Suite 410A<br>Austin, TX 78730<br>Tel.: (512) 231-1311<br>Fax: (512) 231-1411<br>*Attorneys for Plaintiffs* |

02924/00501   375103.1

3