UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>       Plaintiffs<br>v.<br><br>GENERAL ELECTRIC COMPANY and<br>THE HOME DEPOT, INC.<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11497-RCL<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT HOME DEPOT'S ASSENTED-TO MOTION FOR CONTINUANCE OF JUNE 15 CASE MANAGEMENT CONFERENCE

Defendant The Home Depot, Inc. ("Home Depot") files this assented-to motion for continuance of the case management conference and in support thereof shows the following:

1.     On April 5, 2005, the Clerk issued a notice of the resetting of the Scheduling Conference and Additional Matters for June 15, 2005.

2.     Recent issues of client representation, which will be resolved shortly, have made it difficult for counsel to participate in a June 15 conference.

3.     Home Depot respectfully requests a continuance of the date for the conference to August 24, 2005 at 2:30 p.m.

4.  This continuance is not sought for the purpose of delay but, rather, for the express reasons set forth above.

5.  Counsel for plaintiffs does not oppose, and has assented, to this continuance.

**REQUEST FOR RELIEF**

Home Depot respectfully requests that the Court continue the date for the Case Management Conference from June 15, 2005 to August 24, 2005 at 2:30 p.m.

Dated: June 8, 2005

HOME DEPOT USA, INC.
By its attorneys,

By: /s/ Joel R. Leeman
Joel R. Leeman BBO# 292070
Lee Carl Bromberg BBO# 058480
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-004
jleeman@bromsun.com

ASSENTED TO:

TELE-CONS, INC. and
MICHAEL MOISIN

By: /s/ Christopher S. Walton
Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-23110
Tel: (781) 401-9988
Fax: (781) 401-9966

Raymond M. Galasso * (Texas State Bar 42026663)
Christopher S. Walton *(CA State Bar No. 193611)
Simon, Galasso & Frantz PLC
6300 Bridgepoint Parkway, Suite 410A
Austin, TX 78730
Tel.: (512) 231-1311
Fax: (512) 231-1411
*Attorneys for Plaintiffs*