UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and <br> MICHAEL MOISIN <br><br>       Plaintiffs <br> v. <br><br> THE HOME DEPOT, INC. <br><br>       Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 04-11497-RCL <br> ) <br> ) <br> ) <br> ) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiffs, Tele-Cons, Inc. and Michael Moisin (collectively, "Tele-Cons") and defendant Home Depot USA, Inc. ("Home Depot"), submit this joint statement in accordance with Local Rule 16.1 and the Court's Order of December 22, 2004, in advance of the Scheduling Conference before the Court on June 15, 2005, at 2:30 p.m.

1. <u>Proposed Agenda for Scheduling Conference</u>
    a. Establish a discovery and trial schedule (see below).
    b. Address advisability of staying this action in view of a parallel case, *Tele-Cons, Inc. et al. v. Harmony Lighting et al.*, 03-11250-RCL.

2. <u>Concise Summary of Positions</u>

    At this early stage, the parties essentially rely on their pleadings:

    a. Tele-Cons asserts that Home Depot infringes its patent by sales of certain fluorescent lamp and ballast products

    b. Home Depot denies infringement and asserts that the Tele-Cons patent is invalid.

3. <u>Proposed Pretrial Schedule</u>
    a. Join parties and amend pleadings:    May 1, 2006
    b. Complete all fact discovery, including depositions and written discovery:    August 31, 2006

    c.   Exchange initial expert reports:           October 30, 2006

    d.   Exchange rebuttal expert reports:       December 20, 2006

    e.   Complete all expert discovery:            February 15, 2007

    f.   File all dispositive motions:              April 1, 2007

    g.   Hold final pretrial conference:           To be scheduled by Court

    h.   Parties ready for trial:                    To be scheduled by Court

4. <u>Certifications of Counsel</u>

The certifications of Tele-Cons and Home Depot and their respective counsel pursuant to Local Rule 16.1(D)(3) are attached. See Attachment A and B.

5. <u>Phased Discovery</u>

Phased discovery is not required in this action.

6. <u>Trial by Magistrate</u>

The parties consent to trial by Magistrate Judge.

7. <u>Pending Motions</u>

    There are no pending motions currently on file with the Court. However, if the parties cannot agree to ask the Court to stay this action pending the resolution of *Tele-Cons et al. v. Harmony Lighting, et al.*, Home Depot will shortly file a motion to that effect. The parties are currently conferring on this motion and will inform the Court if they cannot come to a resolution. Also, Tele-Cons may move to amend its complaint to properly name the defendant.

Dated: June 10, 2005

| | |
|---|---|
| HOME DEPOT USA, INC.<br>By its attorneys, | TELE-CONS, INC. and<br>MICHAEL MOISIN<br>By their attorneys, |
| By: /s/ Joel R. Leeman<br>Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com | By: /s/ Christopher S. Walton<br>Paul D. Durkee, Esq. (BBO # 629356)<br>DALY, CROWLEY & MOFFORD LLP<br>275 Turnpike Street, Suite 101<br>Canton, MA 02021-23110<br>Tel: (781) 401-9988<br>Fax: (781) 401-9966<br><br>Raymond M. Galasso * (Texas State Bar 42026663) |

-3-

        Christopher S. Walton *(CA State Bar No. 193611)
        Simon, Galasso & Frantz PLC
        6300 Bridgepoint Parkway, Suite 410A
        Austin, TX 78730
        Tel.: (512) 231-1311
        Fax: (512) 231-1411
        *Attorneys for Plaintiffs*