UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>Plaintiffs<br>v.<br><br>THE HOME DEPOT, INC.<br><br>Defendant | Civil Action No. 04-11497-RCL |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned certify that Tele-Cons, Inc., Michael Moisin and its trial counsel have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Michael Moisin
Chief Executive Officer
TELE-CONS, INC.
8 Druce Street
Brookline, MA, 02445

_____
Michael Moisin, an individual
Chief Executive Officer
TELE-CONS, INC.
8 Druce Street
Brookline, MA, 02445

Date: June 13, 2005

_____
Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-23110
Tel: (781) 401-9988
Fax: (781) 401-9966
Raymond M. Galasso  (TX SBN42026663)
Christopher S. Walton  (CA SBN 193611)
Simon, Galasso & Frantz PLC
6300 Bridgepoint Parkway, Suite 410A
Austin, TX 78730
Tel.: (512) 231-1311
Fax: (512) 231-1411

Dated: June 13, 2005