UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>   Plaintiffs<br>v.<br><br>THE HOME DEPOT, INC.<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11497-RCL<br>)<br>)<br>)<br>) |

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned certify that Home Depot U.S.A., Inc. ("Home Depot") and its trial counsel have conferred with a view to establishing a budget for the costs of conducting the full course–and various alternative courses–of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Robert B. Dulaney III, Esq.
Corporate Counsel, Intellectual Property
Home Depot U.S.A., Inc.
2455 Paces Ferry Road, N.W.
Atlanta, GA 30339-4024
(770) 384-2838

Dated: June 14, 2005

_____
Lee Carl Bromberg BBO# 058480
Joel R. Leeman BBO# 292070
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292

Dated: June 15, 2005

02924/00501 392649.