UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and MICHAEL MOISIN<br><br>Plaintiffs<br>v.<br><br>THE HOME DEPOT, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11497-RCL<br>)<br>)<br>)<br>) |

### *CORRECTED* JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiffs, Tele-Cons, Inc. and Michael Moisin (collectively, "Tele-Cons") and defendant Home Depot USA, Inc. ("Home Depot"), submit this joint statement in accordance with Local Rule 16.1 and the Court's Order of December 22, 2004, in advance of the Scheduling Conference before the Court on June 15, 2005, at 2:30 p.m.

1. Proposed Agenda for Scheduling Conference
   a. Establish a discovery and trial schedule (see below).
   b. Address advisability of staying this action in view of a parallel case, *Tele-Cons, Inc. et al. v. Harmony Lighting et al.*, 03-11250-RCL.

2. Concise Summary of Positions

   At this early stage, the parties essentially rely on their pleadings:

   a. Tele-Cons asserts that Home Depot infringes its patent by sales of certain fluorescent lamp and ballast products

   b. Home Depot denies infringement and asserts that the Tele-Cons patent is invalid.

3. Proposed Pretrial Schedule
   a. Join parties and amend pleadings:          May 1, 2006
   b. Complete all fact discovery, including depositions and written discovery:          August 31, 2006

      c.  Exchange initial expert reports:      October 30, 2006

      d.  Exchange rebuttal expert reports:    December 20, 2006

      e.  Complete all expert discovery:      February 15, 2007

      f.  File all dispositive motions:        April 1, 2007

      g.  Hold final pretrial conference:      To be scheduled by Court

      h.  Parties ready for trial:            To be scheduled by Court

4.  <u>Certifications of Counsel</u>

The certifications of Tele-Cons and Home Depot and their respective counsel pursuant to Local Rule 16.1(D)(3) have been separately filed.

5.  <u>Phased Discovery</u>

Phased discovery is not required in this action.

6.  <u>Trial by Magistrate</u>

The parties do not consent to trial by Magistrate Judge.

7.  <u>Pending Motions</u>

There are no pending motions currently on file with the Court. However, if the parties cannot agree to ask the Court to stay this action pending the resolution of *Tele-Cons et al. v. Harmony Lighting, et al.*, Home Depot will shortly file a motion to that effect. The parties are currently conferring on this motion and will inform the Court if they cannot come to a resolution. Also, Tele-Cons may move to amend its complaint to properly name the defendant.

Dated: June 15, 2005

HOME DEPOT USA, INC.
By its attorneys,

By: /s/ Joel R. Leeman
Joel R. Leeman BBO# 292070
Lee Carl Bromberg BBO# 058480
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-004
jleeman@bromsun.com

TELE-CONS, INC. and
MICHAEL MOISIN
By their attorneys,

By: /s/ Christopher S. Walton
Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY & MOFFORD LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-23110
Tel: (781) 401-9988
Fax: (781) 401-9966

Raymond M. Galasso * (Texas State Bar
42026663)
Christopher S. Walton *(CA State Bar No.
193611)
Simon, Galasso & Frantz PLC
6300 Bridgepoint Parkway, Suite 410A
Austin, TX 78730
Tel.: (512) 231-1311
Fax: (512) 231-1411
*Attorneys for Plaintiffs*