```
                                                          FILED
                                                    IN CLERKS OFFICE
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
                                                    2005 OCT 11  A 11: 19

                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF MASS.
```

TELE-CONS, INC. and )
MICHAEL MOISIN )
)
Plaintiffs )
v. )
) Civil Action No. 04-11497-RCL
THE HOME DEPOT, INC. )
)
Defendant )
)

## MOTION FOR WITHDRAWAL OF APPEARANCE
## OF PAUL D. DURKEE

Pursuant to Local Rule 83.5.2(c), Paul D. Durkee, of Daly, Crowley, Mofford & Durkee, LLP hereby moves for leave to withdraw as local counsel of record for plaintiff Tele-Cons, Inc., and Michael Moisin in the above-captioned matter. Client Michael Moisin, Tele-Cons, Inc. assents to the withdrawal. In support of this motion, the undersigned states:

1. Lead counsel firm, Simon, Galasso & Frantz PLC, of Austin, Texas, will remain as counsel of record for plaintiff Tele-Cons, Inc., and Michael Moisin. Raymond M. Galasso and Christopher S. Walton of Simon, Galasso & Frantz have previously been admitted *pro hac vice*.

2. There are no currently pending motions known to the undersigned and no trial date has been set. The Clerk's Notes for the Scheduling conference held on June 15, 2005 list Automatic disclosure due by 11/1/05. Amended Pleadings due by 5/1/2006. Fact discovery due by 8/31/06. Initial expert disclosure due by 9/30/06. Rebuttal expert disclosure due by 10/30/06. Discovery due by 12/15/2006. Claim Construction papers due by 1/20/2007. The undersigned understands that Lead counsel Simon, Galasso & Frantz, LLP is handling the items listed above.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned has conferred with counsel for defendants and defendants stated that they assent to this motion.

Respectfully submitted,

_____
Paul D. Durkee, Esq. (BBO # 629356)
DALY, CROWLEY, MOFFORD & DURKEE LLP
275 Turnpike Street, Suite 101
Canton, MA 02021-23110
Tel: (781) 401-9988 x21
Fax: (781) 401-9966

Date: October 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each party and upon Tele-Cons, Inc and Michael Moisin by first-class mail on October 11, 2005.

_____
Paul D. Durkee