## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TELE-CONS, INC.** and **MICHAEL MOISIN** <br><br> *Plaintiffs,* <br><br> v. <br><br> **THE HOME DEPOT, INC.** <br><br> *Defendants.* | ) ) ) ) ) ) Civil Action No. 04-11497-RCL ) ) ) ) ) ) ) |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), plaintiffs Tele-Cons, Inc. and Michael Moisin and defendant, The Home Depot, Inc. jointly request that the Court enter a Protective Order, in the form attached, to govern the treatment of confidential information subject to discovery in this action. Attached to this motion is a Protective Order executed by the parties, which the parties request be approved and entered by the Court.

02924/00501 493662.1

Respectfully submitted,

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN | HOME DEPOT USA, INC.<br>By its attorneys, |
| /s/ Christopher S. Walton<br>Raymond M. Galasso (Texas State Bar 42026663)<br>Christopher S. Walton (CA State Bar No. 193611)<br>Simon, Galasso & Frantz PLC<br>6300 Bridgepoint Parkway, Suite 410A<br>Austin, TX 78730<br>Tel.: (512) 231-1311<br>Fax: (512) 231-1411<br>cwalton@sgfattorneys.com | /s/ Joel R. Leeman<br>Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA  02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com |

Date: May 5, 2006

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on May 3, 2006, I conferred with counsel for the plaintiffs regarding the issues presented by this motion and counsel joins in the motion.

/s/ Joel R. Leeman