UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TELE-CONS, INC. and MICHAEL MOISIN**, *Plaintiffs*, v. **THE HOME DEPOT, INC.**, *Defendants*. | Civil. Action. No. 04-11497-RCL |

## EXHIBIT A

**UNDERTAKING OF** _____

The undersigned, _____, hereby acknowledges that he/she has read the Protective Order entered in connection with this case, that he/she understands the provisions prohibiting the disclosure or use of Confidential Material for any purpose or in any manner not connected with the prosecution or defense in this case, and that he/she agrees to be bound by all provisions of the aforesaid Protective Order.

The undersigned submits to the jurisdiction of the United States District Court for the District of Massachusetts for purposes of enforcement of the undertakings he/she has made herein.

_____

492871