## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and MICHAEL MOISIN, | ) ) ) ) |
| *Plaintiffs,* | ) Civil Action No. 04-11497-RCL |
| v. | ) ) |
| THE HOME DEPOT, INC., | ) ) ) |
| *Defendants.* | ) ) |

### REVISED JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), plaintiffs Tele-Cons, Inc. and Michael Moisin and defendant, The Home Depot, Inc., jointly request that the Court enter a Protective Order, in the revised form attached, to govern the treatment of confidential information subject to discovery in this action. Attached to this motion is a Protective Order executed by the parties, which the parties request be approved and entered by the Court.

The Court denied the parties' initial joint motion for failure of Paragraph 12 of the earlier-proposed protective order to conform with Local Rule 7.2. The attached version corrects that flaw.

WHEREFORE, the parties ask that the Court enter the Protective Order in the revised form that is attached.

Respectfully submitted,

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN | HOME DEPOT USA, INC.<br>By its attorneys, |
| /s/ Christopher S. Walton<br>Raymond M. Galasso (Texas State Bar 42026663)<br>Christopher S. Walton (CA State Bar No. 193611)<br>Simon, Galasso & Frantz PLC<br>6300 Bridgepoint Parkway, Suite 410A<br>Austin, TX 78730<br>Tel.: (512) 231-1311<br>Fax: (512) 231-1411<br>cwalton@sgfattorneys.com | /s/ Joel R. Leeman<br>Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com |

Date: May 12, 2006

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on May 11, 2006, I conferred with counsel for the plaintiffs regarding the issues presented by this motion and counsel joins in the motion.

/s/ Joel R. Leeman

### **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 12, 2006.

/s/ Joel R. Leeman

02815/00502 495940.1