# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>        Plaintiffs<br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11497-RCL<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiffs, Tele-Cons, Inc. and Michael Moisin, and defendant Home Depot USA, Inc. jointly request that all pending deadlines in this matter, which were set at the June 15, 2005 Scheduling Conference, be extended by four months in order for the parties to pursue negotiations. Serious negotiations have been underway for several months and appear likely to be fruitful. The parties have not previously sought an extension.

The deadlines resulting from the parties' proposed schedule are as follows:

|  | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Fact discovery | 8/31/2006 | 12/29/2006 |
| Initial expert disclosure | 9/30/2006 | 1/29/2007 |
| Rebuttal expert disclosure | 10/30/2006 | 2/27/2007 |
| Discovery | 12/15/2006 | 4/16/2007 |
| Claim Construction papers | 1/20/2007 | 5/21/2007 |

WHEREFORE, the parties respectfully request that all pending discovery deadlines be extended for a period of four months and that this Court issue an amended Scheduling Order accordingly.

Respectfully submitted,

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN | HOME DEPOT USA, INC.<br>By its attorneys, |
| /s/ Christopher S. Walton<br>Raymond M. Galasso  (Texas State Bar 42026663)<br>Christopher S. Walton (CA State Bar No. 193611)<br>Simon, Galasso & Frantz PLC<br>6300 Bridgepoint Parkway, Suite 410A<br>Austin, TX 78730<br>Tel.: (512) 231-1311<br>Fax: (512) 231-1411<br>cwalton@sgfattorneys.com | /s/ Joel R. Leeman<br>Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA  02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com |

Dated: July 24, 2006

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on July 19 and 23, 2006, I conferred with counsel for the plaintiffs regarding the issues presented by this motion and both parties join in the motion.

/s/ Joel R. Leeman

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on July 24, 2006.

/s/ Joel R. Leeman

2

02924/00501 522113.1