# EXHIBIT B

**From:**    ECFnotice@mad.uscourts.gov

**Sent:**    Tuesday, July 25, 2006 10:42 AM

**To:**    CourtCopy@mad.uscourts.gov

**Subject:** Activity in Case 1:04-cv-11497-RCL Tele-Cons, Inc. et al v. General Electric Company et al "Order on Motion for Extension of Time"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hourihan, Lisa entered on 7/25/2006 at 10:42 AM EDT and filed on 7/25/2006

**Case Name:**        Tele-Cons, Inc. et al v. General Electric Company et al

**Case Number:**      1:04-cv-11497

**Filer:**

**Document Number:**

**Docket Text:**
Judge Reginald C. Lindsay : Electronic ORDER entered granting [27] Motion for Extension of Time to this Extent; Fact discovery due by 10/31/06. Initial expert disclosure due by 11/30/06. Rebuttal expert disclosure due by 12/29/06. Discovery to be completed by 2/28/2007. Claims construction papers due by 3/30/07. (Hourihan, Lisa)

The following document(s) are associated with this transaction:

**1:04-cv-11497 Notice will be electronically mailed to:**

Lee C. Bromberg     lbromberg@bromsun.com, jcreedon@bromsun.com

Joel R. Leeman     jleeman@bromsun.com

Christopher S. Walton     cwalton@sgfattorneys.com

**1:04-cv-11497 Notice will not be electronically mailed to:**

Raymond M. Galasso
Simon, Galasso & Frantz, PLC
6300 Bridgepoint Parkway
Suite 410 A
Austin, TX 78730

10/10/2006