UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>            Plaintiffs<br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.<br><br>            Defendants | Civil Action No. 04-11497-RCL |

## HOME DEPOT'S OPPOSITION TO
## PLAINTIFFS' CONDITIONAL MOTION TO COMPEL

Plaintiffs filed their motion to compel only because the Court has not yet acted on the parties' Joint Motion for Reconsideration of Joint Motion to Extend Discovery Deadlines, filed October 10, 2006.  Plaintiffs concede that, if the Court grants the joint motion, compelling discovery "would be unnecessary." *See* Motion to Compel at 3. This is why plaintiffs labeled their motion to compel "conditional."

The parties have agreed, in writing, to exempt each other from responding to outstanding discovery requests and deposition notices while constructive settlement discussions are ongoing.  The parties further agreed: Only if a party declares in writing that settlement discussions are at an impasse will the obligation to respond be imposed.

As set forth in the said joint motion, the parties are unquestionably involved in serious and promising negotiations.  The goal of these negotiations is to establish plaintiffs as a vendor to the defendant.  The formal qualification of plaintiffs' product and factory is a complex task that must be coordinated not only between the parties but with

third-party inspectors and other professionals, both in the U.S. and overseas. The parties require several additional weeks to perform this task.

As the parties stated in their October 10 joint motion, "Much potentially needless discovery and motion practice can be avoided if the parties are granted sufficient time to negotiate a settlement based on the above activities."

WHEREFORE, Home Depot asks that the Court deny plaintiffs' conditional motion to compel and, instead, grant the parties' joint motion of October 10, 2006.

                        Respectfully submitted,

                        HOME DEPOT USA, INC.
                        By its attorneys,

                        /s/ Joel R. Leeman_____
                        Joel R. Leeman BBO# 292070
                        Lee Carl Bromberg BBO# 058480
                        BROMBERG & SUNSTEIN LLP
                        125 Summer Street
                        Boston, MA  02110
                        Tel: (617) 443-9292
                        Fax: (617) 443-004
                        jleeman@bromsun.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 14, 2006.

                        /s/ Joel R. Leeman_____