

125 SUMMER STREET BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

2006 NOV 20 P 12: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

JOEL R. LEEMAN
617 443 9292 x222
JLEEMAN@BROMSUN.COM

November 20, 2006

Ms. Lisa Hourihan
Courtroom Clerk to
   Hon. Reginald C. Lindsay
United States District Court
One Courthouse Way
Boston, MA  02110

   Re:  *Tele-Cons, Inc. v. The Home Depot USA et al.*
        U.S.D.C. D. Mass. Civil Action No. 04-11497-WGY RCL
        Our File: 02924/501

Dear Ms. Hourihan:

The parties received on Friday the notice that plaintiffs' Conditional Motion to Compel has been referred to Magistrate Judge Sorokin. As you know from our several phone calls, both parties are eager to have the Court allow the Joint Motion for Reconsideration of Joint Motion to Extend Discovery. Allowance of the joint motion will render the conditional motion to compel moot.

We filed that joint motion on October 10, 2006, asking that the fact discovery deadline be extended until January 30, 2007 in view of the parties' ongoing good-faith settlement negotiations. Since the goal of the negotiations is to establish Tele-Cons as a vendor to Home Depot, much activity is required--not only by the parties but by third parties both in the U.S. and overseas-- to qualify the Tele-Cons product and factory. The parties anticipate that this multi-stage activity will last into late December or early January.

I enclose a copy of the joint motion in the hope that you can again present it to the judge for his review.

Thank you for your assistance.

Sincerely,

_____
Christopher S. Walton
Counsel for Plaintiffs

_____
Joel R. Leeman
Counsel for Defendant

02924/00501 575234.1

ATTORNEYS AT LAW