UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br><br>      Plaintiffs<br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11497-RCL<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS TELE-CONS, INC.'S AND
MICHAEL MOISIN'S *CONDITIONAL* MOTION TO COMPEL
THE HOME DEPOT INC. TO COMPLY WITH DISCOVERY REQUESTS**

Tele-cons, Inc. and Michael Moisin (collectively, the "Plaintiffs"), through their counsel, hereby respectfully withdraw Plaintiffs' *Conditional* Motion to Compel The Home Depot Inc. to Comply With Discovery Requests in light of the Court's Order of November 21, 2006, allowing the Parties' Joint Motion for Reconsideration. That motion is therefore withdrawn.

November 27, 2006                Respectfully submitted,

                                 **TELE-CONS, INC. and MICHAEL MOISIN**

                                 By: /s/ Christopher S. Walton
                                 Raymond M. Galasso, Esq.* (Texas State Bar No. 24026663)
                                 Christopher S. Walton, Esq.* (CA State Bar No. 193611)
                                 SIMON, GALASSO & FRANTZ PLC
                                 6300 Bridgepoint Parkway, Suite 410 A
                                 Austin, Texas 78730
                                 (512) 231-1311 (telephone)
                                 (512) 231-1411 (facsimile)
                                 * Admitted *Pro Hac Vice*

                                 *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 27, 2006.

                                 /s/ Christopher S. Walton