UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and <br> MICHAEL MOISIN <br><br> Plaintiffs <br> v. <br><br> GENERAL ELECTRIC COMPANY, and <br> THE HOME DEPOT, INC. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-11497-RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiffs, Tele-Cons, Inc. and Michael Moisin, and defendant Home Depot USA, Inc. jointly request that all pending deadlines in this matter be extended by two months in order for the parties to complete settlement negotiations. Serious negotiations have been underway for several months and the parties are now in the final stages of negotiating a private resolution to this action.

By way of explanation:

1.  The parties are seeking to resolve this patent infringement litigation on terms that would include, among other things, Home Depot purchasing products—

specifically, compact fluorescent bulbs—from plaintiff Tele-Cons (of which plaintiff Moisin is president).

2.  While this is not the parties' first request for an extension, as the parties anticipated in previous similar joint motions, the process of qualifying Tele-Cons as a vendor has been a lengthy and arduous one for Home Depot. It has entailed significant due diligence and commercial interaction by both parties.

3.  As of the date hereof, numerous significant activities have been completed by the parties, which include Home Depot successfully completing (i) a Social/Environmental Responsibility Audit of the overseas factory that produces Tele-Cons's bulbs, and (ii) a full evaluation of the Tele-Cons bulbs themselves to ascertain their compliance with formal standards.

4.  The parties are now in advanced stages of negotiatinga Settlement Agreement and Release, and related commercial terms.

5.  While the parties have been diligently pursuing these activities and negotiations, this last step still requires several additional weeks to perform. It is impossible to complete these activities this month, when the Court's fact discovery deadline falls.

6.  Much potentially needless discovery and motion practice can be avoided if the parties are granted sufficient time to negotiate a complete and final private resolution

to this case as described above. Accordingly, the parties request that the Court extend the deadlines two months beyond the current deadlines, as follows:

|  | **Current Deadline:** | **Proposed Deadline:** |
| --- | --- | --- |
| Fact discovery | 3/30/2007 | 5/31/2007 |
| Initial expert disclosure | 4/30/2007 | 6/29/2007 |
| Rebuttal expert disclosure | 5/29/2007 | 7/31/2007 |
| Discovery | 6/28/2007 | 8/31/2007 |
| Claim Construction papers | 7/30/2007 | 9/28/2007 |

WHEREFORE, the parties respectfully request that all pending discovery deadlines be extended for a period of two months and that this Court issue an amended Scheduling Order accordingly.

Respectfully submitted,

| | |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN | HOME DEPOT USA, INC.<br>By its attorneys, |
| /s/ Christopher S. Walton<br>Raymond M. Galasso*  (Texas State Bar 42026663)<br>Christopher S. Walton* (CA State Bar No. 193611)<br>Simon, Galasso & Frantz PLC<br>6300 Bridgepoint Parkway, Suite 410A<br>Austin, TX 78730<br>Tel.: (512) 231-1311<br>Fax: (512) 231-1411<br>cwalton@sgfattorneys.com<br>* Admitted *Pro Hac Vice* | /s/ Joel R. Leeman_____<br>Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA  02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com |

Dated: March 23, 2007

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on March 23, 2007, I conferred with counsel for the plaintiffs regarding the issues presented by this motion and both parties join in the motion.

/s/ Christopher S. Walton

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 23, 2007.

/s/ Christopher S. Walton