UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TELE-CONS, INC. and <br> MICHAEL MOISIN, <br><br> Plaintiffs, <br> v. <br><br> GENERAL ELECTRIC COMPANY, and <br> THE HOME DEPOT, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-11497-RCL <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO STAY ALL PENDING DEADLINES**

Plaintiffs, Tele-Cons, Inc. and Michael Moisin, and defendant The Home Depot, Inc., jointly request that all pending deadlines in this matter be stayed in light of the fact that the parties have reached a settlement in principle in this action.

Because the settlement in principle reached between the parties includes an on-going commercial relationship between the remaining parties, the various agreements covering the settlement were quite complex and required significant negotiation at a commercial level over a period of several months. However, the various commercial agreements between the parties have been signed and placed in escrow pending the approval of one related item by one of the parties to this action. Upon the approval of that final remaining item, a joint stipulation of dismissal shall be entered, which the parties currently anticipate to occur within the next thirty days.

2

Much potentially needless motion practice and the expenditure of judicial resources can be avoided if the parties are granted this stay for the purposes of completing a final private resolution to this case as described above.  Accordingly, the parties request that the Court stay all pending deadlines in this action.

WHEREFORE, the parties respectfully request that all deadlines in this action be stayed.

Respectfully submitted,

| TELE-CONS, INC. and<br>MICHAEL MOISIN | HOME DEPOT USA, INC.<br>By its attorneys, |
|---|---|
| /s/ Christopher S. Walton<br>Raymond M. Galasso*  (Texas State Bar 42026663)<br>Christopher S. Walton* (CA State Bar No. 193611)<br>Simon, Galasso & Frantz PLC<br>6300 Bridgepoint Parkway, Suite 410A<br>Austin, TX 78730<br>Tel.: (512) 231-1311<br>Fax: (512) 231-1411<br>cwalton@sgfattorneys.com<br>* Admitted *Pro Hac Vice* | /s/ Joel R. Leeman<br>Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA  02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com |

Dated: September 25, 2007

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on September 25, 2007, I conferred with counsel for the plaintiffs regarding the issues presented by this motion and both parties join in the motion.

/s/ Christopher S. Walton

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 25, 2007.

/s/ Christopher S. Walton

02924/00501  746267.1