UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TELE-CONS, INC. and<br>MICHAEL MOISIN<br>            Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, and<br>THE HOME DEPOT, INC.,<br>            Defendants. | Civil Action No. 04-11497-RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal with prejudice of this action, each party to bear its own costs, with all rights of appeal waived.

Respectfully submitted,

| TELE-CONS, INC. and<br>MICHAEL MOISIN | HOME DEPOT U.S.A., INC.<br>By its attorneys, |
|---|---|
| /s/ Christopher S. Walton | /s/ Joel R. Leeman |
| Raymond M. Galasso (Texas State Bar 42026663)<br>Christopher S. Walton (CA State Bar No. 193611)<br>Simon, Galasso & Frantz PLC<br>6300 Bridgepoint Parkway, Suite 410A<br>Austin, TX 78730<br>Tel.: (512) 231-1311<br>Fax: (512) 231-1411<br>cwalton@sgfattorneys.com | Joel R. Leeman BBO# 292070<br>Lee Carl Bromberg BBO# 058480<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel: (617) 443-9292<br>Fax: (617) 443-004<br>jleeman@bromsun.com |

2

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 13th day of November, 2007.

/s/ *Joel R. Leeman*
Joel R. Leeman

02924/00501 629589.2